IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CATHERON PATE,                  )
                                )
     Plaintiff,                 )
                                )
                                )  CIVIL ACTION NO.
     v.                         )     2:04cv1131-T
                                )        (WO)
WEST PUBLISHING                 )
CORPORATION,                    )
                                )
     Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant West Publishing Corporation's motion for summary judgment (Doc. No. 21) is granted.

(2) Judgment is entered in favor of defendant West Publishing Corporation and against plaintiff Catheron Pate, with plaintiff Pate taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Pate, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 3rd day of January, 2006.**

                              /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**